AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:21MJ218 | Date and time warrant executed: 6/2/2021 @ 0600 | Copy of warrant and inventory left with: Left at Residence |
| Inventory made in the presence of : TFO Via and SPD Det Sanders | | |
| Inventory of the property taken and name of any person(s) seized: See attached DEA 12 | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/10/2021

_Executing officer's signature_

SA Ryan Fergot
_Printed name and title_

## U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
### RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Reyna Cruz
136 E. Cecil St
Springfield OH

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 6-2-2021

DIVISION/DISTRICT OFFICE: DEA Dayton RO

I hereby acknowledge receipt of the following described cash or other item(s) which was given into my custody by the above named individual.

PURPOSE (If Applicable): Dave Thors / Brett Marrs  Agua BD

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE |
|---|---|---|
| 1 | Titan .25  210133 + Mag | Upstairs south Bedroom night stand |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type): TFO Jason Vi-

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type): PST. WILLIAM SANDERS (SPD)

GPO U.S. GOVERNMENT PRINTING OFFICE: 2009-355-496